**From:** ECF-CAND@cand.uscourts.gov
**To:** Interdistricttransfer_txsd@txs.uscourts.gov

**Date:** Tuesday, June 12, 2018 05:22PM
**Subject:** Transferred case has been opened

```
CASE: 4:18-cv-00907

DETAILS: Case transferred from Texas Southern
has been opened in California Northern District
as case 3:18-cv-03484, filed 06/12/2018.
```